UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**CASE NO. 17-60529-CIV-DIMITROULEAS / SNOW**

HARSHA COOKE,

    Plaintiff,

vs.

K12, INC.,

    Defendant.
_____/

## DEFENDANT K12, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant K12, Inc., by and through its counsel, files the following Corporate Disclosure Statement in accordance with Federal Rule of Civil Procedure 7.1.

1. Defendant K12, Inc. states that it has no parent corporation and that no other publicly held corporation owns 10% or more of its stock.

Dated: April 6, 2017.

          /s/ Patricia A. Gorham
          Patricia A. Gorham
          Florida Bar Number: 0049861
          EVERSHEDS SUTHERLAND (US) LLP
          999 Peachtree Street, N.E., Suite 2300
          Atlanta, Georgia 30309-3996
          Telephone: (404) 853-8000
          Facsimile: (404) 853-8806
          Email: patriciagorham@eversheds-sutherland.com

*Attorney for Defendant K12, Inc.*

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 17-60529-CIV-DIMITROULEAS / SNOW

HARSHA COOKE,

  Plaintiff,

vs.

K12, INC.,

  Defendant.
            /

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 6th day of April, 2017, a true and correct copy of the foregoing was served via the Court's CM/ECF system, which will send email notification of such filing to all counsel of record in the Service List below.

                /s/ Patricia A. Gorham

**SERVICE LIST**

Jared M. Lee
Morgan and Morgan, PA
20 N. Orange Ave., 4th Floor
Orlando, Florida 32801
Tel.: 407-418-2038
Fax: 407-245-3484
Email: jlee@forthepeople.com

*Attorney for Plaintiff Harsha Cooke*