UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

HARSHA COOKE,

    Plaintiff,

v.                                  CASE NO.:  17-60529-CIV-DIMITROULEAS

K12 INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Harsha Cooke, by and through the undersigned counsel, hereby notifies the Court that the Parties have reached settlement of this matter.  Plaintiff will file dismissal of this action with prejudice upon the execution and completion of certain terms of the settlement agreement.

Respectfully submitted this 15th day of May, 2017.

                                                        /s/ Jared M. Lee
                                                  Jared M. Lee, Esquire
                                                  Florida Bar No.:  0052284
                                                  Morgan & Morgan, Tampa, P.A.
                                                  20 N. Orange Avenue, Suite 1600
                                                  Orlando, FL 32801
                                                  Tele:  (407) 420-1414
                                                  Fax:  (407) 245-3485
                                                  Email:  JLee@ ForThePeople.com
                                                              MRathbun@ForThePeople.com

## **CERTIFICATE OF SERVICE**

    I hereby certify on this 15th day of May, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:

Lewis S. Wiener, Esquire
Eversheds Sutherland
700 Sixth Street, NW, Ste. 700
Washington, DC 20001-3980
Tel:  202.383.0140
Fax:  202.367.3593
Email:  lewiswiener@eversheds-sutherland.com
*Counsel for Defendant*

                */s/ Jared M. Lee*
                Jared M. Lee, Esquire